

# United States District Court
# Eastern District of California

| A-GAS US HOLDINGS INC. |
| --- |

Plaintiff(s)

Case Number: | 2:24–CV–03319–TLN-CSK |

V.

| FLAT OUT RECOVERY AND RECHARGE; A |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christina Karem

hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

A-Gas US Holdings Inc.

On ____11/17/2025____ (date), I was admitted to practice and presently in good standing in the ____District of Columbia Court of Appeals____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ____02/13/2026____     Signature of Applicant: /s/ Christina Karem _____

**Pro Hac Vice Attorney**

Applicant's Name: Christina Karem

Law Firm Name: Williamson Law + Policy PLLC

Address: 1001 Connecticut Avenue NW

Suite 612

City: Washington     State: DC     Zip: 20036

Phone Number w/Area Code: (404) 313-6580

City and State of Residence: Washington, D.C.

Primary E-mail Address: christinakarem@williamsonlawpolicy.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stephen Robertson

Law Firm Name: Martenson Hasbrouck & Simon LLP

Address: 455 Capitol Mall

Suite 400

City: Sacramento     State: CA     Zip: 95814

Phone Number w/Area Code: (916) 970-1431     Bar # 228708

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 12, 2026     _____

JUDGE, U.S. DISTRICT COURT